UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Cause No. DR-21-M-1436-(1)-CW |
| § | |
| Steve Trevino, § | |
| § | |
| Defendant. § | |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the *Bail Reform Act of 1984*, 18 U.S.C. § 3142 (f), a detention hearing was held in conjunction with a preliminary examination on August 31, 2021. The Court finds that there is probable cause to believe Defendant committed the crime of which he stands accused, *i.e.,* of attempting to illegally export eleven handguns into Mexico in violation of 18 U.S.C. § 554. Detention without bond is authorized in this case since the Court finds that the facts alleged involve the possession of a handgun. 18 U.S.C. § 3142(f)(E). The following facts require the detention of Defendant without bond pending trial in this case.

**I.
Finding of Fact**

Credible information in the form of testimony from Special Agent Jesus Flores of Homeland Security Investigations establishes probable cause as well as clear and convincing evidence that Defendant poses a danger to others. Special Agent Flores testified that on August 21, 2021, Defendant was arrested going outbound at the Eagle Pass Port of Entry in Maverick County. The vehicle he was driving contained

the handguns.  Defendant is not a licensed gun dealer.

Special Agent Flores made an in-court identification of Defendant.

Maverick County is in the Western District of Texas.

## II.
## DETENTION

This Court takes judicial notice that there have been well more than 150,000 drug and cartel related homicides in Mexico since 2006 when former Mexican President Calderon began his drug offensive.  *See https://www.cfr.org/Global-Conflict-Tracker/Conflict/Criminal-Violence-Mexico* (last visited August 26, 2021.) Credible ATF estimates are that the vast majority of the murders were committed with firearms and munitions illegally exported from the United States.  Thus, the Court concludes that Defendant's criminal activity, *i.e.,* exportation of eleven (11) handguns into Mexico, inherently constitutes a very real and serious danger.  Considering this, the Court finds by clear and convincing evidence that Defendant is a danger to others and that there is no condition or combination of conditions that will reasonably ensure the safety of others.

Accordingly, the Court hereby **ORDERS** that Defendant be **DETAINED** without bond.

## III.
## Direction Regarding Detention

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel. On order of any Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** and **ENTERED** on August 31, 2021.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE